PHEBE M. DUNNING, appellant,*

*v.*

JAMES KELLY, respondent.

On appeal from a decree advised by Vice-Chancellor Van‑ Fleet, whose opinion is reported in *Kelly* v. *Dunning*, *16 Stew.. Eq. 62.*

Decree awarded a perpetual injunction restraining the defendant from filling‑ up or obstructing a ditch through which the complainant's lot was drained. The lots of the parties, respectively, lying within a city, in the neighborhood of city improvements, and the probability being, that by the construction of sewers by the city the water from the complainant's lot may be diverted into public‑ sewers, and his lot thereby relieved therefrom, the decree was amended, giving‑ defendant leave to apply, upon such an altered condition of affairs, to have‑ the injunction modified or discharged.